AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

v.

Jing Pan

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 12258 PBS

TO: (Name and address of Defendant)

Jing Pan
111 Glenwood Road
Somerville, MA 02145

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: NOV 14 2003



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 2, 2004

By virtue of this writ I have made diligent search for PAN, JING but could not find him/her/them within this county; I therefore return this writ without service. Basic Service Fee ($15.00) Total Charges $15.00

_____
*Deputy Sheriff*



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

March 11, 2004

I hereby certify and return that on 3/4/2004 at 1:11PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to DAYUEYN PAN, agent, person in charge at the time of service for JING PAN, at , 15 BATES Road, LEXINGTON, MA 02421. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.00), Postage and Handling ($1.00), Travel ($7.68) Total Charges $46.68

_____
*Deputy Sheriff*

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.