# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | |
|---|---|
| **DIRECTV, Inc.**  ) | Case No.: **03cv12258-PBS** |
|   ) | |
| Plaintiff,  ) | |
|   ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.  ) | **WITHOUT PREJUDICE** |
|   ) | |
| **Jing Pan**  ) | |
|   ) | |
| Defendant  ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

                Respectfully Submitted for the Plaintiff,
                DIRECTV, Inc.
                By Its Attorney,

2/1/05                  /s/ John M. McLaughlin
Date                  John M. McLaughlin
                 **Green Miles Lipton & Fitz-Gibbon**
                 77 Pleasant Street
                 P.O. Box 210
                 Northampton, MA 01061
                 Telephone: (413) 586-0865
                 BBO No. 556328

## **CERTIFICATE OF SERVICE**

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 1st day of February, 2005, a copy of the foregoing Notice of Dismissal was mailed first class to:

Jing Pan
111 Glenwood Rd.
Somerville, MA 2145

                                                                                                   /s/ John M. McLaughlin
                                                                                                   John M. McLaughlin, Esq.